■ In the Matter of PAMELA COULDERY, Appellant, v ROBERT COULDERY, Respondent. [916 NYS2d 563]—Appeal from an order of the Family Court, Niagara County (David E. Seaman, J.), entered November 10, 2009 in a proceeding pursuant to Family Court Act article 6. The order, among other things, adjudged that respondent Robert Couldery shall have sole custody of the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Smith, J.P., Carni, Sconiers, Green and Gorski, JJ.

■ BONNIE P. BENTLEY, Appellant, v RIDGE ROAD EXPRESS INCORPORATED et al., Respondents. [915 NYS2d 882]—Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered March 1, 2010 in a personal injury action. The order, among other things, denied plaintiff's motion for an order of protection.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Carni, Sconiers, Green and Gorski, JJ.

■ In the Matter of the Application of DOROTHY GILBERT, Appellant, v DAVID SUTKOWY, Commissioner, Onondaga County Department of Social Services, et al., Respondents. [916 NYS2d 564]—Appeal from a judgment of the Supreme Court, Onondaga County (John C. Cherundolo, A.J.), entered November 16, 2009 in a proceeding pursuant to CPLR article 78. The judgment denied the petition and granted the motions of respondents to dismiss the petition pursuant to CPLR 3211 (a) (7).

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties on November 9 and 16, 2010,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Carni, Sconiers, Green and Gorski, JJ.

■ CHARLES L. DAVIS, Appellant, v RUSSELL FIRMAN, M.D., et al., Respondents. [915 NYS2d 882]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered January 12, 2010 in a medical malpractice action. The order granted the motions of defendants for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Sconiers, Green and Gorski, JJ.